**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **NATHANIEL CLEMMIE MORRIS** | **CIVIL DOCKET NO. 3:23-CV-0543** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SHERIFF OF MOREHOUSE PARISH** | **MAGISTRATE JUDGE KAYLA D MCCLUSKY** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 5] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint [Doc. 1] be DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 8th day of August 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE